UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA LEWIS,<br><br>          Plaintiff,<br><br>     v.<br><br>KIMBERLY DOE, et al.,<br><br>          Defendants. | Case No. 16-cv-01167-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 17 |

Plaintiff Monica Lewis filed the instant suit against Kimberly Doe, Carlos Doe, Ella Doe, and Homeward Bound of Marin. Docket No. 1. (Compl.) Plaintiff asserts that Defendants evicted her from her home in violation of the Fair Housing Act.

Currently pending before the Court is Defendant Homeward Bound's Motion to Dismiss. Docket No. 17. Plaintiff's opposition to the motion to dismiss was due on May 19, 2016. No opposition has been filed in response to the motion to dismiss.

Accordingly, the Court hereby **VACATES** the June 21, 2016 hearing on Defendant's motion to dismiss. Plaintiff is hereby ordered to show cause as to why her complaint should not be dismissed, with prejudice, for failure to oppose and/or failure to prosecute. Plaintiff shall also address, in her response to this order to show cause, the substantive arguments raised by Defendant in its motion.

///
///
///
///
///

**Plaintiff's response shall be filed by July 7, 2016**.  Plaintiff is forewarned that a failure to timely file a response to this order to show cause shall result in dismissal of her case with prejudice.

**IT IS SO ORDERED**.

Dated: June 8, 2016

_____
EDWARD M. CHEN
United States District Judge